FILED

01/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0465

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0465

_____

SIEBEN RANCH COMPANY,

    *Plaintiff and Appellee,*

                     v.

RANDALL G. ADAMS, a/k/a Randy
Adams, a/k/a Ray Adams; and LEE
MCDONALD,

    *Defendants and Appellants,*

ORDER

_____

Upon consideration of the Appellee's motion to file a single consolidated response brief to the separate briefs of the Appellants, to be due 30 days after the filing of the Randall Adams' opening brief,

IT IS HEREBY ORDERED that Appellee's response brief shall be due 30 days after the filing of Adams' opening brief.

By:_____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 29 2021